```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   2/4/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

**NERY G. TAVAREZ,**

                                        **Plaintiff,**                    **20-CV-9791 (SN)**

                    -against-                                      <u>**SCHEDULING ORDER**</u>

**COMMISSIONER OF SOCIAL SECURITY,**

                                        **Defendant.**
-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On November 20, 2020, Plaintiff filed this action pursuant to 42 U.S.C. § 405(g), seeking

review of a denial of social security disability benefits. On February 2, 2021, the parties

consented to my jurisdiction.

The parties should follow the schedule set forth in the Standing Order at ECF No. 5.

Requests for extensions of the deadlines set by this scheduling order may be granted by the

Court, but only if they are made in advance of the deadline, and there is good reason provided for

the request. Such requests shall be submitted in accordance with the Individual Practices of

Judge Netburn, available at http://nysd.uscourts.gov/judge/Netburn.

The memorandum of law of each side shall contain a summary of those parts of the

administrative record that each side contends should be considered for purposes of review of the

agency's decision. Each statement in a party's summary of the record shall be followed by a

citation to the appropriate page of the record. If Defendant believes that any of the statements in

Plaintiff's summary of the record are inaccurate in any respect, Defendant's brief shall include a

footnote or section that lists each such statement and explains why each such statement is

inaccurate. If Plaintiff believes that any of the statements in Defendant's summary of the record

are inaccurate in any respect, Plaintiff's responsive brief shall include a footnote or section that

lists each such statement and explains why each such statement is inaccurate.

Any stipulation entered between the parties including, but not limited to, a remand to the

Commissioner of Social Security for further proceedings, must be approved by the Court.

Pursuant to 28 U.S.C. § 636(c) and Rule 73 of the Federal Rules of Civil Procedure, an appeal

from a judgment entered by a magistrate judge, if any, is taken directly to the United States

Court of Appeals in the same manner as an appeal from a judgment entered by a district judge.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge


DATED:      February 4, 2021
            New York, New York